## DABNEY v RUSSELL

Ohio Appeals, 1st Dist, Hamilton Co

Decided Feb 25, 1935

Eli J. Frankenstein, Cincinnati, and Samuel Poltnick, Cincinnati, for plaintiff in error.

Stanley A. Silverstein, Cincinnalti, for defendant in error.

## INDUSTRIAL COMM v WESTHOEFER

Ohio Appeals, 5th Dist, Stark Co

Decided Oct 10, 1934

For full opinion see 3 OO 175; 50 Oh Ap 43.